UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **JERRY SMITH,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:17-CV-05990** |
| **V.** | **JUDGE IVAN L.R. LEMELLE** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | **MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.** |
| **Defendant.** | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Jerry Smith and Defendant Liberty Life Assurance Company of Boston hereby give notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Respectfully submitted this 19th day of February, 2018.

*/s/ James F. Willeford*
  Attorney for PLAINTIFF
  James F. Willeford
  Reagan Toledano
  WILLEFORD & TOLEDANO
  201 St. Charles Ave., Suite 4208
  New Orleans, LA 70170
  Ph: (504) 582-1286
  Email: jimwilleford@willefordlaw.com

  And

*/s/ Iwana Rademaekers*
Attorney for DEFENDANT
Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, TX 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email:  iwana@rademaekerslaw.com

And

/s/   RENÉ E. THORNE
René E. Thorne (T.A.)
La. Bar Roll No. 22875
JACKSON LEWIS P.C.
650 Poydras Street, Suite 1900
New Orleans, Louisiana  70130
Telephone:  (504) 208-1755
Facsimile:  (504) 208-1759
E-mail:  thorner@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2018, the above and foregoing pleading was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

*/s/ Iwana Rademaekers*
Iwana Rademaekers