UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JERRY SMITH**                                                         CIVIL ACTION

**VERSUS**                                                              NO. 17-5990

**LIBERTY LIFE ASSURANCE**                                              SECTION "B"(2)
**COMPANY OF BOSTON**

## ORDER OF DISMISSAL

Having been advised that all of the parties to this action have firmly agreed upon a compromise (*see* Rec. Doc. 17),

**IT IS ORDERED** that the action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown, to seek summary judgment enforcing the compromise if settlement is not consummated. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties, for a reasonable period of time. Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hosp. House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 20th day of February, 2018.

*[signature]*
SENIOR UNITED STATES DISTRICT JUDGE